AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

## APPEARANCE

U.S.
v.
Kai Jackson

Case Number: CR01-55-01ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Kai Jackson

I certify that I am admitted to practice in this court.

12-9-05
Date

[signature]
Signature

Edward C. Roy
Print Name

Bar Number

10 Weybossett Street, Suite 300
Address

Providence RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number