1096098

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

KAI JACKSON

**WARRANT FOR ARREST**

CASE NUMBER: 1:01-CR-055-01ML

RECEIVED
DEC 01 2005
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KAI JACKSON
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d) Violation of Supervised Release

Barbara L. Barletta
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Barbara Barletta
Signature of Issuing Officer

December 1, 2005 at Providence, RI
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at 193 Newell St, Providence, RI | | |
| DATE RECEIVED 12/01/2005 | NAME AND TITLE OF ARRESTING OFFICER Brian McDonald Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 12/07/2005 | | |

is form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.