# UNITED STATES PROBATION OFFICE

## MEMORANDUM

TO: Mary M. Lisi
U.S. District Judge

FROM: David S. Borrelli
U.S. Probation Officer

DATE: January 27, 2006

SUBJECT: ***JACKSON, Kai***
***Docket No.: 1:01CR00055-01ML***
***Request for Warrant***

---

On January 18, 2006, the above-captioned offender appeared before Your Honor for sentencing after having previously admitted violating the conditions of his supervised release. As an alternative to imposing sentence on that date, Your Honor afforded Mr. Jackson the opportunity to participate in residential substance abuse treatment, and sentencing on this matter was continued until April 21, 2006. However, Your Honor advised that should Mr. Jackson violate his supervision or fail to participate in treatment as required prior to April 21, 2006, the Court should be notified, and Mr. Jackson would be brought before Your Honor for sentencing.

On January 27, 2006, David Jennings, Program Director, advised that on January 26, 2006, Mr. Jackson left the grounds of the facility without permission. Further, his staff believe that he done this to acquire narcotics. As this is a violation of their program policies, Mr. Jackson was immediately discharged from the program.

Should the Court have any questions, please feel free to contact the undersigned at (401)752-7331.

Respectfully submitted,

David S. Borrelli

David S. Borrelli
U.S. Probation Officer

Reviewed and approved by:

Kurt E. O'Sullivan
Supervising U.S. Probation Officer

Warrant to issue.
Mary M. Lisi USDJ 1/27/06