**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 01-055-ML** |
| | ) | |
| **KAI JACKSON** | ) | |

---

**NOTICE OF APPEAL**

NOW COMES the defendant, Kai Jackson, and notices his appeal to the United States Court of Appeals for the First Circuit of his sentence imposed on April 5, 2006

Respectfully submitted
Kai Jackson
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to Richard Rose, Assistant United States Attorney, on April 11, 2006.