UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

April 12, 2006

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

CR 01-055-01ML
USA v. Kai Jackson

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL re: a judgment on violations of supervised release, and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By John Duhamel
Deputy Clerk

Encl.: **Case File; certified docket**