# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name United States v. Kai Jackson

District Court Case No. CR.01-55-ML District of Rhode Island

Date Notice of Appeal filed 4-11-06 Court of Appeals Case No. 06-1641

Form filed on behalf of Defendant-appellant, Kai Jackson

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ________

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ________

FILED MAY 25 2006 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

## TRANSCRIPT ORDER

Name of Court Reporter Karen Zinni / Angela Reynolds

Phone Number of Reporter ________

A. ______ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | Karen Zinni Angela Reynolds |
| ☑ Sentencing | 11/18/06, 4/5/06 |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☐ Other (specify) violation hearing | 12/9/05 |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. ______ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☑ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Edward C. Roy, Jr. Filer's Signature [signature]

Firm/Address 10 Weybosset St, Suite 300, Providence RI 02903

Telephone number 401-528-4281 Date mailed to court reporter 5-25-06

(Court Reporter Use ONLY) Date received ________

Form CA1-10 (3/1/04) **SEE INSTRUCTIONS ON REVERSE**