MANDATE

# United States Court of Appeals
## For the First Circuit

01-00055
Rhode Island
m. Lisi

No. 06-1641

UNITED STATES

Appellee

v.

KAI JACKSON

Defendant - Appellant

**JUDGMENT**

Entered: October 24, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Attorney Matthew V. Soares' motion to withdraw as appellant's counsel is granted.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: JULIE GREGG
Operations Manager

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Calandro
Deputy Clerk

Date: 10.24.06

[cc: Kai Jackson, MAtthew V. Soares, Esq., Richard W. Rose, AUSA, Donald Lockhart, AUSA, Stephanie Brown, AUSA]